# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| SKYLER PHILIPPI | ) Case No. 24-mj-2388 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SKYLER PHILIPPI,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment ❑ Superseding Indictment ❑ Information ❑ Superseding Information ☑ Complaint
❑ Probation Violation Petition ❑ Supervised Release Violation Petition ❑ Violation Notice ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2332a(a) - Attempting to use a weapon of mass destruction

18 U.S.C. § 1366 - Attempting to destroy an energy facility

Date: November 4, 2024

*Issuing officer's signature*

City and state: Nashville, TN

Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: 

Known aliases: 

Last known residence: 

Prior addresses to which defendant/offender may still have ties: 


Last known employment: 

Last known telephone numbers: 

Place of birth: 

Date of birth: 

Social Security number: 

Height:                                                            Weight: 

Sex:                                                                 Race: 

Hair:                                                                Eyes: 

Scars, tattoos, other distinguishing marks: 


History of violence, weapons, drug use: 


Known family, friends, and other associates *(name, relation, address, phone number)*: 


FBI number: 

Complete description of auto: 


Investigative agency and address: 


Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 


Date of last contact with pretrial services or probation officer *(if applicable)*: