IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-00001 |
| v. | ) | |
| | ) | 18 U.S.C. § 1366 |
| SKYLER PHILIPPI | ) | 18 U.S.C. § 2332a(a) |

# INFORMATION

### COUNT ONE

THE ACTING UNITED STATES ATTORNEY CHARGES:

On or about November 3, 2024, in the Middle District of Tennessee, the defendant, **SKYLER PHILIPPI**, acting without lawful authority, knowingly used, attempted to use, and threatened to use a weapon of mass destruction -- namely, a destructive device as defined by Title 18, United States Code, Section 921 -- against persons and property within the United States, and (a) the mail and facilities of interstate and foreign commerce were used in furtherance of the offense, (b) such property was used in interstate and foreign commerce and in an activity that affects interstate and foreign commerce, (c) the defendant traveled in and caused another to travel in interstate and foreign commerce in furtherance of the offense, and (d) the offense, and the results of the offense, affected interstate and foreign commerce, and would have affected interstate and foreign commerce, to wit, in connection with the defendant's plan to use an explosive device to damage an electrical substation that provides electricity to homes and businesses in the Middle District of Tennessee.

In violation of Title 18, United States Code, Section 2332a(a).

## COUNT TWO

THE ACTING UNITED STATES ATTORNEY FURTHER CHARGES:

On or about November 3, 2024, in the Middle District of Tennessee, the defendant, **SKYLER PHILIPPI,** knowingly and willfully attempted to damage the property of an energy facility involved in the production, storage, transmission, and distribution of electricity, or another form or source of energy, namely, an electric power substation operated by Nashville Electric System, located near Nashville, Tennessee, in an amount exceeding $1,000,000.

In violation of Title 18, United States Code, Section 1366(a).


ROBERT E. MCGUIRE
ACTING UNITED STATES ATTORNEY

JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY