# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT _____ TENNESSEE _____

UNITED STATES OF AMERICA

## NOTICE

V.

SKYLER PHILLIPI

CASE NUMBER: 3:25-cr-00001

---

TYPE OF CASE:

☐ **CIVIL**          ☒ **CRIMINAL**

---

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. District Court | Courtroom No. 5B, Magistrate Judge Jeffery S. Frensley |
| 719 Church Street | DATE AND TIME |
| Nashville, TN 37203 | January 17, 2025 at 9:30 a.m. |

TYPE OF PROCEEDING

Initial Appearance

---

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

---

JEFFERY S. FRENSLEY, U.S. Magistrate Judge
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

Surabhi Morrissey

DATE:                          (BY) DEPUTY CLERK

TO:     AUSA

        Attorney

        Probation

        Marshal