**MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Skylar Philippi, No. 3:25-cr-1

**ATTORNEY FOR GOVERNMENT:** Josh Kurtzman

**ATTORNEY FOR DEFENDANT:** David Baker   ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ☒ NO   **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☐ **INITIAL APPEARANCE**   ☐ ON A SUMMONS   ☐ ARRESTED ON: _____
DEFENDANT HAS A COPY OF:
  ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
  ☐ Defendant advised of the charges & maximum penalties   ☐ Defendant advised of right to counsel
  ☐ Defendant provided the financial affidavit   ☒ Counsel retained   ☐ FPD Appointed
  ☐ Defendant advised of right to silence   ☐ Defendant advised of right to Consular Notification
  ☐ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
  ☐ Government filed motion for detention   ☐ Defendant Waived detention hearing
  ☐ Defendant temporarily detained   ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody   ☐ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant released on:
      ☐ Standard ☐ Special ☐ Appearance Bond: _____   ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
  ☐ Good cause shown to exceed 5 business days

☒ **GRAND JURY WAIVED IN OPEN COURT**   (Waiver of Indictment executed)
☒ **ARRAIGNMENT**
  ☒ Defendant acknowledges receipt of Indictment/Information   ☐ Indictment/Information read to Defendant
  ☒ Defendant waived reading thereof   ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY  ☒ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** January 17, 2025   **TOTAL TIME:** 7 minutes
**BEGIN TIME:** 9:30 a.m.   **END TIME:** 9:37 a.m.
☒ Digitally Recorded  ☐ Court Reporter: _____

Revised on 1/25/24              Page 1 of 1