3-21-25

Honorable Judge W. Campbell Jr

No: 3:25-CR-00001

: Pre Trial Motion:     United States v. Skyler Philippi

I'm writing to you to express concern over my due process Rights and Rights to effective counsel. The most concerning point being the undercover FBI agents got me intoxicated prior to the alleged attemt. They had also financed and aided in the alleged attempt. I, being under the influence, was not of sound or rational mind at the time of the alleged attempt. Also prior to the attempt (Roughly 20 to 30 minutes before the attempt) the undercover FBI agents brought me to a bar/brewery in west nashville, I cannot recall the venue.

Additionally my attorney David Baker has presented to me in our meetings at christian county jail that he is staunchly anti-trump and sympathizes with anti-fa (Anti-Fascists) (A group of radical left anarchists responsible for riots, arson, theft, etc)

I believe this sympathy toward such ideology to be radically counter to what MR. Baker claims as "my ideology". David Baker has also asked christian county jail to withhold my mail without an order from a judge which I believe to be a due rights violation. For 4 months and lots of back and forth with the jail I finally got my mail. David Baker had also put off my psych eval and recently had gotten to it after 3 months of me saying I wanted one for criminal responsibility/competency and due to a history of on going mental health issues I wanted to address sooner than later at the christian county jail, all of which I believe are very relevant to my alleged actions and the resulting punishment there of. I also feel as if MR. Baker is trying to pressure me into taking a plea offer which I believe at this time one isn't warrented due to the lack of maturity of the case. I'd like all this said to be taken into heavy consideration in our next court appearences/hearings. I have also filled out a 1983 against christian county jail which is still pending as of writting this letter.

I'd also like to revoke my signature on the waiver of speedy trial but before I invoke it I'd like to seek and consult new counsel first. I'd like to, if possible to appoint Stephanie Ritchie, a public defender in Clarksville, TN as my new legal counsel.

Sloter Phillips 958907
Christian county jail
657 So West Lourne Pkwy
Suite 114
Louisville, KY 40222
FEB 24 PM


CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, K.

Honorable Judge W. Campbell JR
Fred Thompson Federal Courthouse
714 Church street, Nashville, TN 37203

RECEIVED
APR 09 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

FOREVER / USA

03/24

Legal mail of Skyler R Philippi

Mailedon: 3/21/25

NASHVILLE TN 370

20 MAR 2025 PM 4 L

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT