IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:25-cr-00001 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| | ) | |
| SKYLER PHILIPPI | | |

## ORDER

The status conference currently set for April 23, 2025, at 10:00 a.m. is RESET for 3:00 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE