**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

Case No.: 3:25-cr-00001

UNITED STATES OF AMERICA

V.

SKYLER PHILIPPI

(list each defendant appearing at hearing)

Judge: William L. Campbell, Jr.

Hearing Date: April 23, 2025

Location: ● Nashville  ○ Columbia  ○ Cookeville

Court Reporter: Patty Jennings

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Joshua A. Kurtzman

Defense Attorney(s): R. David Baker

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☑
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Status conference held. The Court addressed the letter docketed by Defendant at Doc. No. 23 regarding counsel. Attorney R. David Baker will remain as counsel of record for Defendant.
- Defendant requested a continuance of the trial, which the Court GRANTED.
- Speedy trial waived.
- Order to enter.

Total Time in Court: 5 minutes

Clerk of Court
by: Aubrey Mattis