UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:25-00001 |
| v. | ) CHIEF JUDGE CAMPBELL |
| | ) |
| SKYLER PHILIPPI | ) |

## WAIVER OF SPEEDY TRIAL

I, Skyler Philippi, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, <u>et seq.</u> and the <u>Plan For Prompt Disposition of Criminal Cases</u> adopted by this Court, and have further been advised that my case is currently set for trial on **June 3, 2025,** and that I may have my case tried by that date if I desire. I hereby consent to having my case continued for trial until a later date, and in so doing waive any rights I may have under the Speedy Trial Act and the <u>Plan for Prompt Disposition of Criminal Cases</u>.

*Skyler Philippi*
SKYLER PHILIPPI

Date: 4/22/25