# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA**

V.

SKYLER PHILIPPI

(list each defendant appearing at hearing)

)
)
)
)
)
)
)
)
)

Case No.: 3:25-cr-00001

Judge: William L. Campbell, Jr.

Hearing Date: September 9, 2025

Location: ◉ Nashville ○ Columbia ○ Cookeville

Court Reporter: Patty Jennings

Court Interpreter:

# CRIMINAL MINUTES

Government Attorney(s): Josh Kurtzman

Defense Attorney(s): David Baker

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

| | |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| Alt 1. | |

| | |
|---|---|
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| Alt 2. | |

COMMENTS:

- Change of plea hearing held.
- Defendant entered a plea of guilty to Counts 1 and 2 of the Information, and is adjudged guilty.
- Defendant waived formal reading of the facts.
- Sentencing set for January 8, 2026, at 1:30 p.m.
- Factual Basis admitted as an Exhibit.
- Order to enter.

Total Time in Court: 25 minutes

Clerk of Court

by: Kelly Parise