# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA
V.
SKYLER PHILIPPI

**EXHIBIT AND WITNESS LIST**

Case Number: 3:25-cr-00001

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William L. Campbell, Jr. | Josh Kurtzman | David Baker |
| **PLEA HEARING DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| September 9, 2025 | Patty Jennings | Kelly Parise |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/9/2025 | X | X | Factual Basis for United States v. Skyler Philippi |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages